UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 2:16-cr-00054-APG-VCF |
| vs. ) | |
| ANTOINE RANDOLPH ) | |
| Defendant. ) | **ORDER** |

On March 29, 2016, the EX PARTE MOTION Notice of Conflict and Motion to Withdraw as Counsel was GRANTED.

Accordingly, IT IS HEREBY ORDERED that MARK BAILUS, is APPOINTED as counsel for Antoine Randolph for all future proceedings.

The Federal Public Defender's Office shall forward the file to Mr. Bailus forthwith.

DATED this ___29th___ day of March, 2016.

_____
UNITED STATES MAGISTRATE JUDGE
CAM FERENBACH