**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

**\*\*\***

UNITED STATES OF AMERICA,

              Plaintiff,

vs.

ANTOINE RANDOLPH,

              Defendant.

2:16-cr-00054-APG-VCF

**ORDER**

Before the court is Defendant's Motion to Withdraw as Attorney of Record (ECF NO. 39).

IT IS HEREBY ORDERED that a hearing on Defendant's Motion to Withdraw as Attorney of Record (ECF NO. 39) is scheduled for 11:00 a.m., July 15, 2016, in courtroom 3D.

The U.S. Marshal is directed to transport defendant to and from the hearing.

DATED this 8th day of July, 2016.

_____

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE