BAILUS COOK & KELESIS, LTD.
MARK B. BAILUS, ESQ.
Nevada Bar No. 2284
517 S. Ninth Street
Las Vegas, Nevada 89101
Phone: (702) 737-7702
Fax: (702) 737-7712
Email: law@bckltd.com
*Attorneys for Defendant*
*Antoine Randolph*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 2:16-cr-00054-APG-VCF |
| Plaintiff, ) | |
| vs. ) | **STIPULATION TO CONTINUE HEARING DATE** |
| ANTOINE RANDOLPH and ) YOLANDA JENNINGS, ) | **(First Request)** |
| Defendants. ) | |

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff, UNITED STATES OF AMERICA, by and through its attorney, CRISTINA SILVA, Assistant United States Attorney, Defendant, ANTOINE RANDOLPH, by and through his attorney, MARK B. BAILUS, ESQ., of the law office of BAILUS COOK & KELESIS, LTD., that the hearing on defense counsel's motion to withdraw as attorney of record (Doc. #39) be continued three (3) days from July 15, 2016 to July 18, 2016 or to any time thereafter that is convenient to this Honorable Court.

This stipulation is entered into for the following reasons:

1. The Court has scheduled the hearing on defense counsel's motion to withdraw as attorney of record (Doc. #39) for July 15, 2016.

2. That defense counsel has a conflict in his schedule in that he will be out of the jurisdiction from July 13 - 15, 2016.  Specifically, defense counsel will be attending the deposition of his client, Theodore Lee, in the case styled, *Theodore Lee v. United States of*

*America*, Case No. 2:14-cv-00606-RCJ-PAL, which has been scheduled for July 15, 2016 in San Francisco, California.

    3.    That due to the above-referenced conflict in scheduling, defense counsel is requesting a short continuance of the hearing in this matter to July 18, 2016 or to any time thereafter that is convenient to this Honorable Court.

    4.    The additional time requested herein is not sought for purposes of delay.

    5.    This is the first request for continuance of this hearing date filed herein.

DATED this 11th day of July, 2016.

| BAILUS COOK & KELESIS, LTD. | UNITED STATES ATTORNEY |
|---|---|
| By   */s/ Mark B. Bailus* | By   */s/ Cristina Silva* |
| MARK B. BAILUS, ESQ. | CRISTINA SILVA |
| Nevada Bar No. 2284 | Assistant United States Attorney |
| 517 S. Ninth Street | 501 Las Vegas Blvd. South, #1100 |
| Las Vegas, Nevada 89101 | Las Vegas, Nevada 89101 |
| *Attorney for Defendant* | *Attorneys for Plaintiff, United States of* |
| *Darrin Wilder* | *America* |

## ORDER

**IT IS HEREBY ORDERED** that the hearing on defense counsel's motion to withdraw as attorney of record currently scheduled for July 15, 2016, at 11:00 a.m. in Courtroom 3D is vacated and continued to the 19th day of July, 2016 at 11 a.m. ~~a.m./p.m.~~ in Courtroom 3D. The U.S. Marshal is directed to transport Defendant to and from the hearing.

DATED this 12th day of July, 2016.

_____
UNITED STATES MAGISTRATE JUDGE