# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>ANTOINE RANDOLPH,<br><br>        Defendant. | 2:16-cr-00054-APG-VCF<br>**MINUTE ORDER** |

Before the Court is Defendant's Motion to Withdraw as Attorney of Record (ECF No. 45).

IT IS HEREBY ORDERED that a hearing on Defendant's Motion to Withdraw as Attorney of Record (ECF No. 45) is scheduled for 1:00 p.m., August 4, 2016, in courtroom 3A.

The U.S. Marshal is directed to transport defendant to and from the hearing.

DATED this 1st day of August, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE